IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-4036-CV-C-NKL |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Nick Beydler, Assistant Attorney General, enters his appearance as co-counsel on behalf of Defendants State of Missouri, Missouri National Guard, and Major General Stephen L. Danner.

**CHRIS KOSTER**
Attorney General

*/s/ Nicholas Beydler*
Nicholas Beydler
Assistant Attorney General
Bar No. 65784

P.O. Box 899
Jefferson City, MO 65102
Phone (573)751-9167
Fax No. (573)751-9456

**ATTORNEYS FOR
DEFENDANTS STATE OF
MISSOURI, MISSOURI
NATIONAL GUARD,
AND MAJOR GENERAL
STEPHEN L. DANNER**

# CERTIFICATE OF SERVICE

I certify on this 3rd day of October, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to the following:

Charles M. Thomas
Office of the US Attorney
400 E. 9th Street
Room 5510
Kansas City, Missouri 64106

And

Joseph John Sperber, IV
US Department of Justice
Civil Rights Division
Employment Section
950 Pennsylvania Ave, NW
Washington, DC 20530

/s/ Nick Beydler
Assistant Attorney General