IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:14-cv-04036-NKL |
| ) | |
| STATE OF MISSOURI, ) | |
| MISSOURI NATIONAL GUARD, and ) | |
| MAJOR GENERAL STEPHEN L. DANNER, ) | |
| in his Official Capacity, as Adjutant General of ) | |
| the State of Missouri National Guard, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR ENTRY OF SETTLEMENT AGREEMENT**

Plaintiff United States of America and Defendants, the State of Missouri, the Missouri National Guard, and Major General Stephen L. Danner, in his Official Capacity, as Adjutant General of the State of Missouri National Guard (collectively, the "parties"), jointly move the Court to approve and enter the parties' proposed Settlement Agreement ("Agreement") resolving the claims in this case. A copy of the Agreement is attached as Exhibit 1. The parties agree that resolution of this case through the terms proposed in the Agreement is in the public interest and consistent with the purposes of the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301, *et seq.* The Agreement, if approved and entered by the Court, resolves all claims the United States raised in the Complaint filed in this case.

Dated: March 12, 2015

Respectfully submitted,

| | |
|---|---|
| s/ Jeffrey Morrison<br>JOSEPH J. SPERBER IV<br>(NY Bar No. 2662526)<br>JEFFREY G. MORRISON<br>(MO Bar No. 44401)<br>Senior Trial Attorneys<br>U.S. Department of Justice<br>Civil Rights Division<br>Employment Litigation Section<br>950 Pennsylvania Avenue, NW<br>Patrick Henry Building, Room 4613<br>Washington, DC  20530<br>Telephone:  (202) 353-1845<br>Facsimile:   (202) 353-8961<br>jeffrey.morrison@usdoj.gov | s/ Amy Haywood<br>AMY C. HAYWOOD<br>(MO Bar No. 66555)<br>Assistant Attorney General<br>P.O. Box 899<br>Jefferson City, MO 65102<br>Telephone:  (202) 353-1845<br>Amy.Haywood@ago.mo.gov |